■ In the Matter of the Arbitration between S. M. WOLFF COMPANY, INC., et al., Appellants, and HARRY TULKOFF et al., Copartners Doing Business under the Name of TULKOFF'S HORSE RADISH PRODUCTS Co., Respondents.— Appeal from order of May 2, 1960 dismissed. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of the Arbitration between LOCAL 459, INTERNATIONAL UNION OF ELECTRICAL RADIO & MACHINE WORKERS, AFL–CIO, Respondent, and REMINGTON RAND, DIVISION OF SPERRY RAND CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ D. MALLORY STEPHENS, Respondent, v. JOHN R. MAUST et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ LUDVIK NEMEC, Respondent, v. VANTAGE PRESS, INCORPORATED, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ D. MALLORY STEPHENS, Suing as a Stockholder and as a Director of Penn State Fuel Corporation, on Behalf of That Corporation, Respondent, v. JOHN R. MAUST et al., Defendants, and PENN STATE FUEL CORPORATION, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ In the Matter of JEAN RUCK Individually and as Administratrix of the Estate of LEON M. RUCK, Deceased, Appellant, against REGENT BRAND CLOTHES, INCORPORATED, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the receiver-respondent. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT IRIZARRY, Appellant, against MILTON KLEIN, as Warden of the Penitentiary of the City of New York, Rikers Island, Respondent.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.

## (June 16, 1960)

■ FIFTH AVENUE JEWELERS EXCHANGE, INC., v. REUBEN POMERANTZ JEWELRY CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, McNally and Stevens, JJ.

■ JOAN SHARON et al. v. ACE BUILDERS SUPPLY CO., INC., et al.— Motion for leave to reargue appeal or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Valente and Bergan, JJ.

■ PAT JRS., INC., v. FRANK SHAPIRO, Individually and Doing Business as FRANK SHAPIRO SPORTSWEAR.— Motion for leave to reargue prior motion or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Stevens and Bastow, JJ.

■ JANE R. KING v. WILFRED S. KING.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, Valente, McNally and Bergan, JJ.

■ IRENE C. CONNELLY et al. v. REGENT PLUMBERS SUPPLY COMPANY, INC.— Motion for leave to appeal to the Court of Appeals granted. Settle order. Concur — Breitel, J. P., Valente, McNally and Bastow, JJ.